UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERI MARTINEZ (FIFIELD-MAAHS),

            Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C12-1399 RAJ

**ORDER AFFIRMING THE COMMISSIONER**

    The court has considered Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support of and opposition thereto, the Report and Recommendation ("R&R," Dkt. # 15) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record. The court notes that no one objected to the R&R. The court orders as follows:

    (1)    The Court adopts the R&R, affirming the final decision of the Commissioner.

    (2)    The clerk shall DISMISS this case with prejudice, enter judgment for the Commissioner, and ensure that Judge Tsuchida receives notice of this order.

    DATED this 1st day of April, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER AFFIRMING THE COMMISSIONER - 1